```
            UNITED STATES DISTRICT COURT
            SOUTHERN DISTRICT OF TEXAS
                BROWNSVILLE DIVISION
```

EDWARD SOKOLSKY             *

                             *

VS                         *    C.A. NO. B98 131

                             *

DOW JONES & CO., INC.      *

*United States District Court*
*Southern District of Texas*
*ENTERED*
*NOV 24 1998*
*Michael N. Milby, Clerk of Court*
*By Deputy Clerk*

## SCHEDULING ORDER

On this day an initial pretrial conference was held in the above-entitled and numbered cause of action, accordingly:

IT IS HEREBY ORDERED THAT:

(1)    (a)    Defendant's dispositive motions shall be filed by **March 31, 1999**.
         (b)    Response shall be filed by **April 30, 1999**.

(1)    All discovery in this case must be completed by **October 29, 1999**.

(2)    All other motions, including joinder of parties must be filed no later than ten (10) days after the completion of discovery.

(3)    A joint pretrial order, which conforms to the requirements of Appendix B of the Local Rules for the United States District Court for the Southern District of Texas shall be filed no later than **November 30, 1999**.

**THE PRETRIAL ORDER SHALL SERVE AS THE TRIAL PLEADING. FAILURE TO FILE THE PRETRIAL ORDER WITHIN THE TIME PERIOD INDICATED, WILL RESULT IN SANCTIONS OR DISMISSAL OF THIS CAUSE OF ACTION FOR WANT OF PROSECUTION, AS APPROPRIATE.**

(5)    Trial on the merits is set for **January 2000**, docket call.

DONE at Brownsville, Texas, on **November 19, 1998**.

                                                     John Wm. Black
                                       United States Magistrate Judge