UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED
JAN 0 5 1999
Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| EDWARD SOKOLOSKY | ) |
| Plaintiff, | ) |
| vs. | ) CIVIL ACTION NO. B-98-131 |
| DOW JONES & CO., INC. | ) JURY DEMANDED |
| Defendant. | ) |

## ORDER

It is hereby ORDERED that Plaintiff shall provide to Defendant a copy of the Mutual Release of Claims and Settlement Agreement entered into by and between Jay S. Liedman, Lydia Liedman, Lyle Liedman, Jane Liedman, Lowell Liedman, Ingrid Liedman, Geraldine Graci, Meredith Arnold, Jennifer Arnold and Carolyn Arnold, Individually as Heirs of and on Behalf of the Estates of Arthur H. Newman and Irene H. Newman, and Edward J. Sokolosky, A.G. Edwards Trust Company, and A. G. Edwards & Sons, Inc. in Cause No. 96-05-2456-E in the 357th District Court of Cameron County, Texas.

SIGNED this 22ND day of DECEMBER, 1998.

JOHN W. BLACK
UNITED STATES MAGISTRATE JUDGE

Copies to:

E.R. Fleuriet
David H. Donaldson, Jr.
Lecia L. Chaney