9

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

FEB 19 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| EDWARD J. SOKOLOSKY, *Plaintiff* | § § § | |
| v. | § | CIVIL ACTION NO. B-98-131 |
| DOW JONES & CO., INC., *Defendant* | § § § § | |

## CONSENT TO PROCEED BEFORE A MAGISTRATE

All parties to this case waive their right to proceed before a district judge and consent to have United States Magistrate Judge John Black conduct all further proceedings, including the trial and judgment. 28 U.S.C. § 636(c).

_____
E. R. Fleuriet
Counsel for Plaintiff

_____ for DHDjr w/permission
David H. Donaldson, Jr.
Counsel for Defendant

## ORDER TO TRANSFER

This case is transferred to United States Magistrate Judge John Black to conduct all further proceedings, including final judgment.

02-18-99
_____
Date

_____
United States District Judge