18

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## ORDER

United States District Court
Southern District of Texas
ENTERED

MAR 26 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| EDWARD SOKOLOSKY § | |
| § | |
| VS. § | CIVIL ACTION NO. B-98-131 |
| § | |
| DOW JONES & CO., INC. § | |

TYPE OF CASE:      __X__ CIVIL                    ____ CRIMINAL

**TAKE NOTICE** that a proceeding in this case has been set for the place date, and time set forth below:

TYPE OF PROCEEDING:

**HEARING ON PLAINTIFF'S MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT**

PLACE:                                                                ROOM NO.:

**UNITED STATES FEDERAL COURTHOUSE**            **SECOND FLOOR COURTROOM, #2**
**500 E. 10TH STREET**
**BROWNSVILLE, TEXAS**                                        DATE AND TIME:

**MARCH 31, 1999 AT 9:30 A.M.**

_____
JOHN WM. BLACK, U.S. MAGISTRATE JUDGE

DATE:    MARCH 26, 1999

TO:    MR. RANDY FLEURIET
       MR. DAVID DONALDSON
       MS. LECIA CHANEY/MR. NORTON COLVIN