19

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

MAR 2 6 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| EDWARD SOKOLOSKY | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CIVIL ACTION NO. B-98-131 |
| | ) | |
| DOW JONES & CO., INC. | ) | JURY DEMANDED |
| | ) | |
| Defendant. | ) | |

### ORDER SETTING HEARING ON DEFENDANT'S MOTION FOR COURT ORDER ALLOWING CONTACT WITH MATERIAL WITNESSES

ON THIS the 25th day of March, 1999, having come before this Court Defendant Dow Jones & Co., Inc.'s Motion for Court Order Allowing Contact with Material Witnesses, and the Court after considering same is of the opinion that a hearing should be set, it is therefore,

ORDERED, ADJUDGED AND DECREED that Defendant Dow Jones & Co., Inc.'s Motion for Court Order Allowing Contact with Material Witnesses be and the same is hereby set for hearing before this Honorable Court on the 31st day of March, 1999 at 9:30 o'clock a.m.

SIGNED FOR ENTRY this 25 day of MARCH, 1999.

_____
HONORABLE JOHN WILLIAM BLACK,
UNITED STATES MAGISTRATE JUDGE

Copies to:

E.R. Fleuriet
David H. Donaldson, Jr.
Norton A. Colvin, Jr.