UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED
APR 0 1 1999
Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| EDWARD SOKOLOSKY, | § | |
| Plaintiff, | § | |
| vs. | § | CIVIL ACTION NO. B-98-131 |
| DOW JONES & CO., INC. | § | JURY DEMANDED |
| Defendant | § | |

## ORDER

It is hereby ORDERED that Defendant's Motion For Court Order Allowing Contact With Material Witnesses is DENIED.

DONE at Brownsville, Texas this _1st_ day of _APRIL_, 1999.

_____
JOHN W. BLACK
UNITED STATES MAGISTRATE JUDGE