UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

APR 0 1 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| EDWARD SOKOLOSKY, | § | |
| *Plaintiff* | § | |
| | § | |
| v. | § | CIVIL ACTION NO. B-98-131 |
| | § | |
| DOW JONES & CO., INC., | § | |
| *Defendant* | § | |

### ORDER GRANTING EMERGENCY MOTION
### FOR LEAVE TO FILE AMENDED COMPLAINT

BE IT REMEMBERED that on this day came on to be considered Plaintiff's Emergency Motion for Leave to File Amended Complaint made pursuant to Rule 15(a) F.R.C.P. and the Court, after shortening the submission time to seven (7) days under Local Rule 6 and having given Defendant notice thereof, and having reviewed said motion and any response filed by Defendant Dow Jones is of the opinion that Plaintiff's motion should be granted; it is therefore

ORDERED that Plaintiff's Emergency Motion for Leave to File Amended Complaint is GRANTED and Plaintiff's First Amended Complaint is hereby FILED.

DONE at Brownsville, Texas this 1ST day of APRIL, 1999.

JOHN BLACK
UNITED STATES MAGISTRATE JUDGE

ORDER GRANTING EMERGENCY MOTION
FOR LEAVE TO FILE AMENDED COMPLAINT