

United States District Court
Southern District of Texas
FILED

JUN 0 3 1999

Michael N. Milby, Clerk of Court

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

| | | |
|---|---|---|
| EDWARD SOKOLOSKY | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-98-131 |
| | § | |
| DOW JONES & CO., INC. | § | |

## ORDER

All parties have individually signed the attached Consents to Exercise of Jurisdiction by a United States Magistrate Judge pursuant to 28 U.S.C. § 636(c).

It is hereby **ORDERED** that this case be transferred to United States Magistrate Judge John Wm. Black to conduct all further proceedings, including final judgment.

SIGNED at Brownsville, Texas, this 3rd day of June 1999.

Clerk, U.S. District Court
Southern District of Texas
ENTERED

JUN 1 0 1999

Michael N. Milby, Clerk of Court

_____
Filemon B. Vela
United States District Judge