UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUN 3 0 1999

Michael N. Milby
Clerk of Court

| | |
|---|---|
| EDWARD SOKOLOSKY ) | |
| ) | |
| Plaintiff, ) | |
| ) | B-98-131 |
| vs. ) | CIVIL ACTION NO. B-98-131 |
| ) | |
| DOW JONES & CO., INC. ) | |
| Defendant. ) | |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
ENTERED

JUL 0 6 1999

Michael N. Milby, Clerk

### ORDER SETTING HEARING ON DEFENDANTS' MOTION TO DISQUALIFY

ON THIS the 30th day of June, 1999, having come before this Court Defendant Dow Jones & Co., Inc.'s Motion to Disqualify E.R. Fleuriet. The Court after considering same is of the opinion that a hearing should be set, it is therefore,

ORDERED, ADJUDGED AND DECREED that Defendants' Motion to Disqualify is hereby set for hearing before this Honorable Court on the 3rd day of August, 1999 at 2:30 o'clock p.m.

SIGNED FOR ENTRY this 30th day of June, 1999.

_____
HONORABLE JOHN WILLIAM BLACK,
UNITED STATES MAGISTRATE JUDGE

Copies to:

E.R. Fleuriet
David H. Donaldson, Jr.
Norton A. Colvin, Jr.
Bill Gault
Jorge Rangel

51

ClibPDF - www.fastio.com