53

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## ORDER

United States District Court
Southern District of Texas
ENTERED

JUL 2 7 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| EDWARD SOKOLOSKY § | |
| § | |
| VS. § | CIVIL ACTION NO. B-98-131 |
| § | |
| DOW JONES & CO., INC. § | |

TYPE OF CASE:   __X__ CIVIL           ____ CRIMINAL

**TAKE NOTICE that the proceeding in this case has been continued as indicated below:**

PLACE:

**UNITED STATES FEDERAL COURTHOUSE
600 E. HARRISON STREET
BROWNSVILLE, TEXAS**

ROOM NO.:

**SECOND FLOOR COURTROOM, #2**

DATE AND TIME PREVIOUSLY SCHEDULED:

**AUGUST 3, 1999 AT 2:30 P.M.**

CONTINUED TO DATE AND TIME:

**AUGUST 31, 1999 AT 2:30 P.M.**

JOHN WM. BLACK, U.S. MAGISTRATE JUDGE

DATE: JULY 20, 1999

TO: MR. RANDY FLEURIET
    MR. DAVID DONALDSON
    MS. LECIA CHANEY/MR. NORTON COLVIN