62

|  |  |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF TEXAS<br>BROWNSVILLE DIVISION | United States District Court<br>Southern District of Texas<br>ENTERED<br><br>SEP 0 2 1999<br><br>Michael N. Milby, Clerk of Court<br>By Deputy Clerk |

EDWARD J. SOKOLOSKY )
)
      Plaintiff, )
)
vs. ) C. A. No. B-98-131
)
DOW JONES & COMPANY, INC., )
) JURY DEMANDED
      Defendant. )
)

## REVISED SCHEDULING ORDER

The Court has been advised of and accepts the agreement of the parties to revise the Scheduling order in the above-entitled and numbered cause of action, accordingly:

IT IS HEREBY ORDERED THAT:

**August 3, 1999**—Dow Jones and Richard Karp dispositive motions deadline.

**October 4, 1999**—Submission of Dow Jones and Richard Karp dispositive motions.

**October 15, 1999**—Lydia Liedman dispositive motions deadline.

**November 15, 1999**—Submission of Lydia Liedman dispositive motions.

**January 14, 2000**—Plaintiff's deadline to designate experts.

**March 2, 2000**—Defendants' deadline to designate experts.

**March 23, 2000**—Discovery deadline.

**April 5, 2000**—A joint Pretrial Order deadline (which conforms to the requirements of Appendix B of the Local Rules for the United States District Court for the Southern District of Texas. The pretrial order shall serve as the trial pleading. Failure to file the pretrial order within the

time period indicated will result in sanctions or dismissal of this cause of action for want of prosecution, as appropriate.

**April 14, 2000**—All other motions, including joinder of parties deadline (must be filed no later than ten (10) days after the completion of discovery).

**May, 2000**—Trial on the merits, docket call.

Signed this 31 day of AUGUST, 1999.

_____
HONORABLE JOHN WM. BLACK
U.S. MAGISTRATE JUDGE

_____
Randy Fleuriet
Attorney for Edward J. Sokolosky

_____
David H. Donaldson, Jr.
Attorney for Dow Jones & Co., Inc.

Jorge C. Rangel (by permission by
_____   D.H. Donaldson)
Jorge C. Rangel
Attorney for Richard Karp

_____
William Gault
Attorney for Lydia Liedman

**REVISED SCHEDULING ORDER**        Page 2