63

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

SEP 0 2 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| EDWARD SOKOLOSKY, *Plaintiff* § § § | |
| v. § | CIVIL ACTION NO. B-98-131 |
| § | |
| DOW JONES & CO., INC., *ET AL.*, *Defendants* § § | |

## ORDER

BE IT REMEMBERED that on this day came on for consideration Plaintiff's Motion to Extend Submission Date on Motion for Summary Judgment by Dow Jones and Richard Karp and the Court, after considering same and any response filed by Defendants is of the opinion that said motion is well taken and should be granted; it is therefore

ORDERED that the submission date of the Motion for Summary Judgment of Dow Jones and Richard Karp be extended to October 4, 1999.

DONE this 31st day of AUG, 1999.

_____
JOHN WM. BLACK
MAGISTRATE JUDGE PRESIDING

ORDER