64

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

SEP 0 2 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| EDWARD SOKOLOSKY, *Plaintiff* | § § § § | |
| v. | § | CIVIL ACTION NO. B-98-131 |
| DOW JONES & CO., INC. *ET AL.*, *Defendants* | § § § | |

## ORDER

BE IT REMEMBERED that on this day came for consideration Defendant Dow Jones & Company's Motion to Disqualify Plaintiff's Counsel (Docket # 36) and Defendant Lydia Liedman's Motion to Disqualify Plaintiff's Counsel (Docket #30). The Court after considering defendants' motions, the response filed by Plaintiff, and the arguments of counsel, is of the opinion that said motions should be DENIED; it is therefore

ORDERED that Defendant Dow Jones & Company's Motion to Disqualify Plaintiff's Counsel and Defendant Lydia Liedman's Motion to Disqualify Plaintiff's Counsel be **DENIED** and that E.R. Fleuriet shall remain as counsel for the Plaintiff in said matter.

Done at Brownsville, Texas, on the 1st day of September, 1999.

John Wm. Black
United States Magistrate Judge