65

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

SEP 0 2 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| EDWARD SOKOLOSKY, § | |
| *Plaintiff* § | |
| § | |
| v. § | CIVIL ACTION NO. B-98-131 |
| § | |
| DOW JONES & CO., INC. *ET AL.*, § | |
| *Defendants* § | |

## ORDER

Upon reviewing Defendant Lydia Liedman's Motion to Dismiss for lack of venue (Docket #27), and after consideration the Court has determined that said motion should be DENIED; it is therefore

ORDERED that Defendant Lydia Liedman's Motion to Dismiss for lack of venue be **DENIED** and venue in said matter shall remain in the Southern District of Texas, Brownsville Division.

Done at Brownsville, Texas on the 1st day of September, 1999.

_____
John Wm. Black
United States Magistrate Judge