*78*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JAN 1 3 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

| | | |
|---|---|---|
| EDWARD SOKOLOSKY | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CIVIL ACTION NO. B-98-131 |
| | ) | |
| DOW JONES & CO., INC. | ) | |
| Defendant. | ) | |

## ORDER SETTING HEARING ON
## DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

ON THIS the _12_ day of _JAN_, 2000, having come before this Court Defendant Dow Jones & Co., Inc.'s Motion for Summary Judgment. The Court after considering same is of the opinion that a hearing should be set, it is therefore,

ORDERED, ADJUDGED AND DECREED that Defendants' Motion for Summary Judgment is hereby set for hearing before this Honorable Court on the _7TH_ day of _MARCH_, 2000 at _2_ o'clock _P_.m.

SIGNED FOR ENTRY this _12_ day of _JANUARY_, 2000.

_____
HONORABLE JOHN WILLIAM BLACK,
UNITED STATES MAGISTRATE JUDGE

Copies to:

E.R. Fleuriet
David H. Donaldson, Jr.
Norton A. Colvin, Jr.
Bill Gault
Jorge Rangel

ClibPDF - www.fastio.com