80

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

FEB 0 1 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| EDWARD SOKOLOSKY § § § | |
| V. § § | CIVIL ACTION NO. B-98-131<br>JURY DEMANDED |
| § § | |
| DOW JONES & CO., INC., RICHARD § KARP AND LYDIA LIEDMAN § | |

### ORDER SETTING HEARING ON DEFENDANT LYDIA LIEDMAN'S MOTION FOR PARTIAL SUMMARY JUDGMENT

It is hereby ORDERED by the Court that a hearing on Defendant Lydia Liedman's Motion for Partial Summary Judgment on file herein, is hereby SCHEDULED for hearing on the 7th day of March, 2000, beginning at 2:00 o'clock p.m.

SIGNED AND ENTERED, this the 27TH day of JANUARY, 2000.

_____
Judge Presiding

Copies to:

Mr. E.R. Fleuriet, Fleuriet, Schell Law Firm, 621 E. Tyler, Harlingen, Texas 78550
Mr. David Donaldson, George & Donaldson, 1100 Norwood Tower, 114 W. 7th St., Austin, Texas 78701
Mr. Jorge Rangel, The Law Offices of Jorge C. Rangel, 615 Upper N. Broadway, Suite 900-WF238, Corpus Christi, Texas 78403
Ms. Lecia Chaney, Rodriguez, Colvin & Chaney, 1201 E. Van Buren St., Brownsville, Texas 78520
Mr. William Gault, Brin & Brin, P.C., 1205 N. Expressway 83, Brownsville, Texas 78520

SOKOLOSKY/LIEDMAN: ORD-MSJ
SOLO PAGE