81

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

FEB 0 1 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| EDWARD SOKOLOSKY, | § | |
| | § | |
| PLAINTIFF | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-98-131 |
| | § | |
| DOW JONES & COMPANY, INC., | § | |
| RICHARD KARP AND LYDIA | § | |
| LIEDMAN, | § | JURY |
| | § | |
| DEFENDANTS | § | |

### ORDER SETTING HEARING ON DEFENDANT RICHARD KARP'S
### MOTION FOR SUMMARY JUDGMENT

ON THIS the 31 day of January, 2000, having come before this Court Defendant Richard Karp's Motion for Summary Judgment. The Court after considering same is of the opinion that a hearing should be set; it is therefore,

ORDERED, ADJUDGED AND DECREED that Defendant Richard Karp's Motion for Summary Judgment is hereby set for hearing before this Honorable Court on the 7th day of March, 2000 at 2:00 o'clock p.m.

SIGNED FOR ENTRY this 31 day of January, 2000.

_____
HONORABLE JOHN WILLIAM BLACK,
UNITED STATES MAGISTRATE JUDGE

cc: E. R. Fleuriet
The Fleuriet Schell Law Firm, LLP
621 East Tyler
Harlingen, Texas 78550

cc: William Gault
Brin & Brin
1205 North Expressway 83
Brownsville, Texas 78520

cc: David H. Donaldson, Jr.
George & Donaldson LLP
1100 Norwood Tower
114 W. 7th Street
Austin, Texas 78701