82

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

FEB 07 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| EDWARD SOKOLOSKY | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CIVIL ACTION NO. B-98-131 |
| | ) | |
| DOW JONES & CO., INC. | ) | |
| | ) | |
| Defendant | ) | |

### ORDER RESETTING HEARINGS ON ALL PENDING PLAINTIFFS' MOTIONS FOR SUMMARY JUDGMENT

ON THIS the 3RD day of FEBRUARY, 2000 having come before this Court Plaintiff's request for resetting due to a trial conflict of Plaintiff's attorney for March 7, 2000 the Court is of the opinion that all pending motions for summary judgment should be reset, it is therefore,

ORDERED, that the following motions for summary judgment are hereby set for hearing on the 10TH day of MARCH, 2000 at 2 o'clock P. m:

(1) Defendant Dow Jones & Co., Inc. and Richard Karp's Motion for Summary Judgment

(2) Defendant Lydia Liedman's Motion for Partial Summary Judgment

(3) Plaintiff's Motion for Partial Summary Judgment on Plaintiff's Status as a Private Figure; and

(4) Plaintiff's Motion for Partial Summary Judgment on the Fair Report Privilege.

SIGNED FOR ENTRY this 3RD day of FEBRUARY, 2000.

_____
HONORABLE JOHN WILLIAM BLACK,
UNITED STATES MAGISTRATE JUDGE

Copies to:

David H. Donaldson, Jr.
Norton A. Colvin, Jr.
William Gault
Jorge C. Rangel
E. R. Fleuriet