89

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

MAR 0 2 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| EDWARD SOKOLOSKY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CIVIL ACTION NO. B-98-131 |
| ) | |
| DOW JONES & CO., INC. ) | JURY DEMANDED |
| ) | |
| Defendant. ) | |

### ORDER

It is hereby ORDERED that the changes to the deposition of Plaintiff Edward J. Sokolosky mentioned in Defendant Dow Jones's Motion to Strike Deposition Changes (DOCKET #55) are hereby stricken, for the reasons set forth in said Motion.

SIGNED this  2nd  day of  MARCH , 2000.

_____
JOHN W. BLACK
UNITED STATES MAGISTRATE JUDGE