90

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

MAR 0 2 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| EDWARD SOKOLOSKY, | § | |
| *Plaintiff* | § | |
| | § | |
| v. | § | CIVIL ACTION NO. B-98-131 |
| | § | |
| DOW JONES & CO., INC., *ET AL.*, | § | |
| *Defendants* | § | |

## ORDER DENYING DEFENDANT LYDIA LIEDMAN'S MOTION FOR MORE DEFINITE STATEMENT

BE IT REMEMBERED that on this day came on to be considered Defendant Lydia Liedman's Motion for More Definite Statement (DOCKET # 29). After considering the contents of same, the response filed by Plaintiff Edward Sokolosky and applicable authorities the Court is of the opinion that said motion should be denied; it is therefore

ORDERED that Defendant Lydia Liedman's Motion for More Definite Statement is DENIED.

DONE at Brownsville, Texas this 2ND day of MARCH, 2000.

JOHN WM. BLACK
UNITED STATES MAGISTRATE JUDGE