91

United States District Court
Southern District of Texas
ENTERED

MAR 0 7 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

| | | |
|---|---|---|
| EDWARD SOKOLOSKY | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-98-131 |
| | § | |
| DOW JONES & CO., INC. | § | |

## ORDER

After reviewing Plaintiff's Motion for Partial Summary Judgment on Plaintiff's Status as a Private Figure (Docket No. 16) and the various replies to this Motion, the Court is of the opinion that Plaintiff, for purposes of this case, is not a limited purpose public figure as that term has been defined by the Texas Supreme Court in *WFAA-TV, Inc. v. McLemore*, 978 S.W.2d 568, 571-572 (Tex. 1998) and the Fifth Circuit Court of Appeals in *Trotter v. Jack Anderson Enterprises, Inc.*, 818 F.2d 431, 433-434 (5th Cir. 1987).

Plaintiff's Motion is **GRANTED**.

DONE at Brownsville, Texas, this 7th day of March, 2000.

John Wm. Black
United States Magistrate Judge