IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| EDWARD SOKOLOSKY | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-98-131 |
| | § | |
| DOW JONES & CO., INC. | § | |

## ORDER

Pending before the Court is Plaintiff's Motion for Partial Summary Judgment on the Fair Report Privilege. (Docket No. 23). In this Motion and the accompanying Memorandum (Docket No. 24), Plaintiff argues that the failure of Defendants to include language from the Order of Dismissal in a previously filed State court action which exonerated Plaintiff from any wrongdoing in his relationship with Arthur and Irene Newman precludes them from raising the privilege set forth in Tex. Civ. Prac. & Rem. Code Ann. § 73.002 (Vernon 1999).

A reading of the article made the basis of this suit shows that it states that the settlement of the State case bound the parties to silence "...as well as a dismissal of the charges against the broker in question..." It is the opinion of the Court that the inclusion of that language precludes summary judgment on this issue, since the language used in the article is, to some extent, ambiguous.

This issue will be left to the jury. *Denton Publishing Company v. Boyd*, 460 S.W.2d 881, 884 (Tex. 1970).

Plaintiff's Motion is **DENIED**.

DONE at Brownsville, Texas, this 7th day of March, 2000.

John Wm. Black
United States Magistrate Judge