94

United States District Court
Southern District of Texas
ENTERED

MAR 0 9 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| EDWARD SOKOLOSKY | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-98-131 |
| | § | |
| DOW JONES & CO., INC. | § | |

### ORDER

Pending before the Court is Plaintiff's Motion for Partial Summary Judgment on Plaintiff's Status as a Private Figure as to Defendants Richard Karp and Lydia Liedman (Docket No. 37).

In an Order signed on March 7, 2000, (Docket No. 91), the Court has ruled that Plaintiff is not a limited public figure with respect to this case. Plaintiff's Motion with respect to the Defendants Karp and Liedman is therefore MOOT.

DONE at Brownsville, Texas, this 8th day of March, 2000.

John Wm. Black
United States Magistrate Judge