100

| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |

# MOTION & ORDER
# FOR ADMISSION *PRO HAC VICE*

| Division | Brownsville | Action Number | Civil No. B-98-131 |

Edward Sokolosky

*versus*

Dow Jones

This lawyer, who is admitted either to the State Bar of Texas or to another federal district court:

| | |
|---|---|
| Name | Rodney A. Smolla |
| Firm | University of Richmond School of Law |
| Street | T.C. Williams School of Law |
| City & Zip Code | University of Richmond, Virginia 23173 |
| Telephone | (804) 289-8197 |
| Licensed: State & Number | Virginia (#32768); Illinois (#3125192) |
| Admitted US District Court for: | Eastern District of Virginia; Northern Dist. Illinois |

Seeks to appear as the attorney for this party:

Edward Sokolosky

Dated: March 3, 2000    Signed: [signature]

## ORDER

This lawyer is admitted *pro hac vice*.

Signed on 13 MARCH, 2000 ~~199~~ .

[signature]
United States ~~District~~ Judge
MAGISTRATE

SDTX AA-6 (8/98)