*104*

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

APR 1 9 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| **EDWARD SOKOLOSKY** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CIVIL ACTION NO. B-98-131 |
| ) | |
| DOW JONES & CO., INC. ) | JURY DEMANDED |
| ) | |
| Defendant. ) | |

## ORDER GRANTING DOW JONES & CO., INC.'S
## MOTION REQUESTING ADMISSION PRO HAC VICE
## NON-RESIDENT ATTORNEY, JACK M. WEISS

ON THIS  18  day of  APRIL , 2000, came on to be considered Defendant, DOW JONES & CO., INC.'S Motion Requesting Admission Pro Hac Vice for (DOCKET NO 93) Non-Resident Attorney, JACK M. WEISS, and the Court finds that said motion should be GRANTED. IT IS THEREFORE,

ORDERED, ADJUDGED AND DECREED that JACK M. WEISS is granted admission pro hac vice to practice before this Court in the above-entitled and numbered case.

SIGNED FOR ENTRY this  18  day of  APRIL , 2000.

_____
JUDGE PRESIDING

Copies to:
E. R. Fleuriet
Jorge C. Rangel
William Gault