*165*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

APR 1 9 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| EDWARD J. SOKOLOSKY ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | C. A. No. B-98-131 |
| ) | |
| DOW JONES & COMPANY, INC., ) | |
| ) | JURY DEMANDED |
| Defendant. ) | |

## ORDER

*(DOCKET NO 84)*

Came before this Court Plaintiff's Motion to Compel Deposition of Peter R. Kann. After considering the briefing and argument of the parties, together with the material on file, the Court is of the opinion that the motion should be denied.

Therefore, for the reasons set forth in Dow Jones' Opposition, the motion is hereby DENIED.

Signed this _18_ day of _APRIL_, 2000.

_____
UNITED STATES MAGISTRATE JUDGE

ClibPDF - www.fastio.com