106

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

APR 1 9 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| EDWARD J. SOKOLOSKY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | C. A. No. B-98-131 |
| ) | |
| DOW JONES & COMPANY, INC., ) | |
| ) | JURY DEMANDED |
| Defendant. ) | |

## ORDER

(DOCKET NO. 88)

Before the Court is Dow Jones & Co., Inc.'s First Request for Judicial Notice. Having considered the matter, the Court finds the request should be GRANTED. Therefore, the Court takes judicial notice of the following:

1. The purported fact findings in the Order of Dismissal in *Liedman, et al. v. Sokolosky, et al.*, Cause No. 96-05-2456-E, in the 357th District Court, Cameron County, Texas were entered without an evidentiary hearing and are irrelevant for all purposes and have no force or effect under Texas law.

Signed this 18 day of APRIL, 2000.

_____
UNITED STATES MAGISTRATE JUDGE