*107*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

APR 1 9 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| EDWARD SOKOLOSKY | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-98-131 |
| | § | |
| DOW JONES & CO., INC. | § | |

## ORDER

Before the Court is the First Motion to Compel of Defendants Dow Jones & Co.., Inc. And Richard Karp. (Docket No. 83). The Court is of the opinion that the Motion should be granted. It is therefore ordered as follows:

1.  The deposition of Edward Sokolosky is ordered to be reconvened, and Mr. Sokolosky is ordered to answer all questions regarding investigation of his activities by the State Securities Board. The Court rules that TEX. REV. CIV. STAT. ANN. art. 581-28 (Vernon 1999) does not prohibit Mr. Sokolosky from testifying about his knowledge of any investigations conducted by the State Securities Board.

2.  The deposition of Clay Grumke is ordered to be reconvened, and Mr. Grumke is ordered to answer all questions regarding investigation of his activities by the State Securities Board. The Court rules that TEX. REV. CIV. STAT. ANN. art. 581-28 (Vernon 1999) does not prohibit Mr. Grumke from testifying about his knowledge of any investigations conducted by the State Securities Board.

SIGNED at Brownsville, Texas, this 19th day of April, 2000.

John Wm. Black
United States Magistrate Judge