110

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# -BROWNSVILLE DIVISION-

United States District Court
Southern District of Texas
ENTERED
AUG 3 0 2000
Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| EDWARD SOKOLOSKY, | § | |
|     Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-98-131 |
| | § | |
| DOW JONES & COMPANY, INC., | § | |
| et al, | § | |
|     Defendants. | § | |

## ORDER

Pending before this Court are Defendant Liedman's Motion to Compel Plaintiff's Responses to Discovery (Docket No. 58) and Defendant's Dow Jones' Motion for Protective Order (Docket No. 95). Both of these motions are **MOOT**.

DONE at Brownsville, Texas on this 30th day of August, 2000.

_____
John Wm. Black
United States Magistrate Judge