111

United States District Court
Southern District of Texas
ENTERED

AUG 3 0 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
-BROWNSVILLE DIVISION-

| | |
|---|---|
| EDWARD SOKOLOSKY, § | |
|     Plaintiff, § | |
| § | |
| VS. § | CIVIL ACTION NO. B-98-131 |
| § | |
| DOW JONES & COMPANY, INC., § | |
| et al, § | |
|     Defendants. § | |

## ORDER

Pending before this Court is Defendants Dow Jones and Richard Karp's joint Motion for Summary Judgment. (Docket No. 56). After careful consideration of said matter, this Court is of the opinion that this motion shall be GRANTED.

DONE at Brownsville, Texas on this 30th day of August, 2000.

John Wm. Black
United States Magistrate Judge