112

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED
AUG 3 0 2000
Michael N. Milby, Clerk of Court
By Deputy Clerk

| EDWARD SOKOLOSKY | § | |
| --- | --- | --- |
| | § | |
| VS. | § | CIVIL ACTION NO. B-98-131 |
| | § | |
| DOW JONES & CO., INC. | § | |

## ORDER

Pending before the Court is Defendant Lydia Liedman's Motion for Partial Summary Judgment (Docket No. 73). The Court having considered the Defendant's Motion is of the opinion that Defendant's Motion for Summary Judgment should be granted.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that Defendant Lydia Liedman's Motion for Partial Summary Judgment be, and the same is hereby GRANTED in favor of Defendant Lydia Liedman and Plaintiff's claims of fraud in paragraph 15 of Plaintiff's First Amended Complaint (Docket No. 15) and Plaintiff's claims of violation of § 32.46 of the Texas Penal Code in paragraph 17 of Plaintiff's First Amended Complaint are hereby DISMISSED against Defendant Lydia Liedman.

DONE at Brownsville, Texas, this 30th day of August, 2000.

John Wm. Black
United States Magistrate Judge