UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

OCT 11 2000

Michael N. Milby, Clerk of Court

116

| | |
|---|---|
| EDWARD SOKOLOSKY ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CIVIL ACTION NO. B-98-131 |
| ) | |
| DOW JONES & CO., INC., *et al.* ) | JURY DEMANDED |
| ) | |
| Defendants. ) | |

## ORDER OF DISMISSAL AS TO DOW JONES & RICHARD KARP

This Court having found that there is no just reason for delay, pursuant to Fed. R. Civ. P. 54(b), Plaintiff's claims against Dow Jones and Karp are hereby DISMISSED WITH PREJUDICE. Costs as to Plaintiff's claims against Dow Jones and Karp are taxed to the party incurring same.

SIGNED this 11th day of OCT, 2000.

_____
JOHN WM. BLACK
UNITED STATES MAGISTRATE JUDGE

AGREED AS TO FORM AND SUBSTANCE:

THE FLEURIET SCHELL LAW FIRM

By: E. R. Fleuriet  w/permission
                     L. Chaney
E. R. Fleuriet
State Bar No. 07145500
621 E. Tyler
Harlingen, Texas 78550
(956) 428-3030; FAX: (956) 421-4339

ATTORNEY FOR PLAINTIFF EDWARD SOKOLOSKY

GEORGE & DONALDSON, L.L.P.

By: _____
David H. Donaldson, Jr
State Bar 05969700
Southern District Bar No. 4891
114 West Seventh Street, Suite 1000
Austin, Texas 78701
(512) 495-1400; FAX: (512) 499-0094
ATTORNEY FOR DEFENDANT DOW JONES & COMPANY


LAW OFFICES OF JORGE C. RANGEL, P.C.

By: _____
Jorge C. Rangel
State Bar No. 16543500
615 Upper North Broadway
Suite 900-WF238
Corpus Christi, Texas 78477
(361) 883-8500; (361) 883-2611 (Fax)
ATTORNEY FOR DEFENDANT RICHARD KARP