119

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

OCT 17 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| EDWARD SOKOLOSKY, *Plaintiff* | § § § § | |
| v. | § § | CIVIL ACTION NO. B-98-131 |
| DOW JONES & CO., INC., *ET AL.*, *Defendants* | § § | |

## ORDER GRANTING LEAVE TO FILE AMENDED COMPLAINT

BE IT REMEMBERED that on this day came on to be considered Plaintiff's Motion for Leave to File Amended Complaint made pursuant to Rule 15(a) F.R.C.P. and the Court, having reviewed said motion and any response filed by Defendants is of the opinion that Plaintiff's motion should be granted; it is therefore

ORDERED that Plaintiff's Motion for Leave to File Amended Complaint is GRANTED and Plaintiff's Second Amended Complaint is hereby FILED.

DONE at Brownsville, Texas this 16TH day of OCTOBER, 2000.

_____
JOHN WM. BLACK
UNITED STATES MAGISTRATE JUDGE