# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

## ORDER

United States District Court
Southern District of Texas
ENTERED
OCT 26 2000
Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| EDWARD SOKOLOSKY § | |
| § | |
| VS. § | CIVIL ACTION NO. B-98-131 |
| § | |
| DOW JONES & CO., INC., ET AL. § | |

TYPE OF CASE: __X__ CIVIL    ____ CRIMINAL

**TAKE NOTICE that a proceeding in this case has been set for the place date, and time set forth below:**

TYPE OF PROCEEDING:

**HEARING ON PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT AGAINST DEFENDANT LYDIA LIEDMAN**

PLACE:

**UNITED STATES FEDERAL COURTHOUSE
600 E. HARRISON STREET
BROWNSVILLE, TEXAS**

ROOM NO.:

**SECOND FLOOR COURTROOM, #2**

DATE AND TIME:

**NOVEMBER 30, 2000 AT 2:00 P.M.**

JOHN WM. BLACK, U.S. MAGISTRATE JUDGE

DATE:   OCTOBER 25, 2000

TO:    MR. EDWIN RANDOLPH FLEURIET
       MR. RANDOLPH KIMBLE WHITTINGTON
       MR. RODNEY A. SMOLLA
       MR. DAVID H DONALDSON, JR.
       MS. LECIA L. CHANEY
       MR. JACK M. WEISS
       MR. JORGE C. RANGEL
       MR. WILLIAM ROBERT GAULT