130

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

OCT 3 1 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| EDWARD SOKOLOSKY | § § § | |
| V. | § § | CIVIL ACTION NO. B-98-131 JURY DEMANDED |
| DOW JONES & CO., INC., RICHARD KARP AND LYDIA LIEDMAN | § § § § | |

## ORDER SETTING HEARING ON DEFENDANT LYDIA LIEDMAN'S MOTION TO DISQUALIFY PLAINTIFF'S AND DEFENDANT'S COUNSEL FILED SUBJECT TO THE COURT'S OVERRULING OF THIS DEFENDANT'S MOTION FOR SUMMARY JUDGMENT ON PLAINTIFF'S BREACH OF CONTRACT CLAIMS

On this the 30 day of OCT, 2000, came on to be considered Defendant Lydia Liedman's Motion to Disqualify Plaintiff's and Defendant's Counsel Filed Subject to the Court's Overruling of this Defendant's Motion for Summary Judgment on Plaintiff's Breach of Contract Claims. After considering same, the Court is of the opinion that a hearing should be held.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that Defendant Lydia Liedman's Motion to Disqualify Plaintiff's and Defendant's Counsel Filed Subject to the Court's Overruling of this Defendant's Motion for Summary Judgment on Plaintiff's Breach of Contract Claims be, and is, hereby set for hearing on the 30TH day of November, 2000 at 2:00 p.m. o'clock.

SIGNED on this 30 day of OCT, 2000.

_____
JUDGE PRESIDING

COPIES TO:

Mr. E.R. Fleuriet, Fleuriet, Schell Law Firm, 621 E. Tyler, Harlingen, Texas 78550
Mr. William Gault, Brin & Brin, P.C., 1205 N. Expressway 83, Brownsville, Texas 78520
Mr. David Donaldson, George & Donaldson, 1100 Norwood Tower, 114 W. 7th St., Austin, Texas 78701
Mr. Jorge Rangel, The Law Offices of Jorge C. Rangel, 615 Upper N. Broadway, Suite 900-WF238, Corpus Christi, Texas 78403
Mr. Norton Colvin, Rodriguez, Colvin & Chaney, 1201 E. Van Buren St., Brownsville, Texas 78520