142

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

NOV 27 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| EDWARD SOKOLOSKY, *Plaintiff* | § § § § | |
| v. | § | CIVIL ACTION NO. B-98-131 |
| LYDIA LIEDMAN, *Defendant* | § § § | |

## ORDER

Pending before the Court is Plaintiff Edward Sokolosky's Motion for Leave to File Response to Defendant Lydia Liedman's Motion for Summary Judgment (Docket No. 132 ). The Court having considered Plaintiff's Motion for Leave is of the opinion that Plaintiff's Motion should be granted. It is therefore

ORDERED that Plaintiff Edward Sokolosky's Motion for Leave to File Response to Defendant Lydia Liedman's Motion for Summary Judgment be, and the same is hereby GRANTED and Plaintiff's Response ordered FILED.

DONE at Brownsville, Texas this 21 day of NOVEMBER, 2000.

JOHN WM. BLACK
UNITED STATES MAGISTRATE JUDGE

**ORDER**