152

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

NOV 29 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| EDWARD SOKOLOSKY, | § | |
| *Plaintiff* | § | |
| | § | |
| v. | § | CIVIL ACTION NO. B-98-131 |
| | § | |
| LYDIA LIEDMAN, | § | |
| *Defendant* | § | |

## ORDER

Pending before the Court is Defendant Lydia Liedman's Motion for Summary Judgment (Docket No. 115). The Court having considered Defendant Liedman's Motion and the Response filed by Plaintiff Sokolosky is of the opinion that Defendant's Motion for Summary Judgment should be denied. It is therefore

ORDERED that Defendant Lydia Liedman's Motion for Summary Judgment be, and the same is hereby DENIED.

DONE at Brownsville, Texas, this 28 day of NOVEMBER, 2000.

_____
JOHN WM. BLACK
UNITED STATES MAGISTRATE JUDGE

**ORDER**