*153*

United States District Court
Southern District of Texas
ENTERED

NOV 2 9 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### BROWNSVILLE DIVISION

EDWARD SOKOLOSKY § §

V. § § § CIVIL ACTION NO. B-98-131
§ JURY DEMANDED
§

DOW JONES & CO., INC., RICHARD § KARP AND LYDIA LIEDMAN §

## ORDER GRANTING LEAVE TO FILE DEFENDANT LYDIA LIEDMAN'S MOTION FOR RECONSIDERATION

*FOR LEAVE TO FILE*

Came on to be considered Defendant Lydia Liedman's Motion for Reconsideration of *(DOCKET NO. 117)* Defendant's Motion to Transfer Venue and the Court, after considering such Motion filed, is of the

opinion that Defendant Lydia Liedman should be granted leave to file her Motion for

Reconsideration.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that Defendant Lydia

Liedman is granted leave to file her Motion for Reconsideration of Defendant's Motion to Transfer

Venue.

SIGNED AND ENTERED, this the ___28___ day of ___NOVEMBER___, 2000.

_____
Judge Presiding

Copies to:

Mr. E.R. Fleuriet, Fleuriet, Schell Law Firm, 621 E. Tyler, Harlingen, Texas 78550
Mr. William Gault, Brin & Brin, P.C., 1205 N. Expressway 83, Brownsville, Texas 78520
Mr. David Donaldson, George & Donaldson, 1100 Norwood Tower, 114 W. 7th St., Austin, Texas 78701
Mr. Jorge Rangel, The Law Offices of Jorge C. Rangel, 615 Upper N. Broadway, Suite 900-WF238, Corpus Christi, Texas 78403
Mr. Norton Colvin, Rodriguez, Colvin & Chaney, 1201 E. Van Buren St., Brownsville, Texas 78520

SOKOLOSKY/LIEDMAN: ORD-LV
SOLO PAGE