154

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

NOV 2 9 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| EDWARD SOKOLOSKY, *Plaintiff* | § § § § | |
| v. | § § | CIVIL ACTION NO. B-98-131 |
| DOW JONES & CO., INC., *ET AL.*, *Defendants* | § § § | |

## ORDER

Upon reviewing Defendant Lydia Liedman's Motion for Reconsideration of Transfer of Venue (Docket #116 ) and Plaintiff Sokolosky's response thereto, and after consideration the Court has determined that said motion should be DENIED; it is therefore

ORDERED that Defendant Lydia Liedman's Motion for Reconsideration of Transfer of Venue be DENIED and venue in said matter shall remain in the Southern District of Texas, Brownsville Division.

DONE at Brownsville, Texas this 28 day of NOVEMBER, 2000.

_____
JOHN WM. BLACK
UNITED STATES MAGISTRATE JUDGE

**ORDER**