155

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

NOV 29 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| EDWARD SOKOLOSKY, | § | |
| *Plaintiff* | § | |
| | § | |
| v. | § | CIVIL ACTION NO. B-98-131 |
| | § | |
| DOW JONES & CO., INC., *ET AL.*, | § | |
| *Defendants* | § | |

## ORDER GRANTING LEAVE TO FILE PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT AGAINST DEFENDANT LYDIA LIEDMAN

BE IT REMEMBERED that on this day came on to be considered Plaintiff's Motion for Leave of Court to File Motion for Partial Summary Judgment Against Defendant Lydia Liedman (DOCKET NO 123) made pursuant to Rule 15(a) F.R.C.P. and the Court, having reviewed said motion and any response filed by Defendants is of the opinion that Plaintiff's motion should be granted; it is therefore

ORDERED that Plaintiff's Motion for Leave of Court to File Motion for Partial Summary Judgment Against Defendant Lydia Liedman is GRANTED and Plaintiff's Motion for Partial Summary Judgment Against Defendant Lydia Liedman is hereby FILED.

DONE at Brownsville, Texas this 28 day of NOVEMBER, 2000.

JOHN WM. BLACK
UNITED STATES MAGISTRATE JUDGE