United States District Court
Southern District of Texas
ENTERED

NOV 2 9 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

156

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| EDWARD SOKOLOSKY | § | |
| | § | |
| V. | § | CIVIL ACTION NO. B-98-131 |
| | § | JURY DEMANDED |
| DOW JONES & CO., INC., RICHARD | § | |
| KARP AND LYDIA LIEDMAN | § | |

## ORDER GRANTING LEAVE TO FILE DEFENDANT LYDIA LIEDMAN'S FIRST SUPPLEMENTAL ANSWER

Came on to be considered Defendant's Motion for Leave to File Defendant's First Supplemental Answer to Plaintiff's Second Amended Complaint (DOCKET NO. 124) and the Court, after considering such Motion, is of the opinion that Defendant is granted leave to file her First Supplemental Answer to Plaintiff's Second Amended Complaint and the Court considers this Answer filed.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that Defendant is granted leave to file her First Supplemental Answer to Plaintiff's Second Amended Complaint and the Court considers this Answer filed.

SIGNED AND ENTERED, this the __28__ day of __NOVEMBER__, 2000.

_____
Judge Presiding

Copies to:

Mr. E.R. Fleuriet, Fleuriet, Schell Law Firm, 621 E. Tyler, Harlingen, Texas 78550
Mr. William Gault, Brin & Brin, P.C., 1205 N. Expressway 83, Brownsville, Texas 78520
Mr. David Donaldson, George & Donaldson, 1100 Norwood Tower, 114 W. 7th St., Austin, Texas 78701
Mr. Jorge Rangel, The Law Offices of Jorge C. Rangel, 615 Upper N. Broadway, Suite 900-WF238, Corpus Christi, Texas 78403
Mr. Norton Colvin, Rodriguez, Colvin & Chaney, 1201 E. Van Buren St., Brownsville, Texas 78520