157

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

NOV 2 9 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| EDWARD SOKOLOSKY, | § | |
| *Plaintiff* | § | |
| | § | |
| v. | § | CIVIL ACTION NO. B-98-131 |
| | § | |
| LYDIA LIEDMAN, | § | |
| *Defendant* | § | |

## ORDER GRANTING LEAVE TO FILE
## PLAINTIFF'S RESPONSE TO DEFENDANT
## LIEDMAN'S MOTION TO DISQUALIFY

BE IT REMEMBERED that on this day came on to be considered Plaintiff's Motion for Leave to File Response to Defendant Lydia Liedman's Motion to Disqualify (DOCKET NO 136) and the Court, having reviewed said Motion finds that such Response by Plaintiff Sokolosky should be filed; it is therefore

ORDERED that Plaintiff's Motion for Leave to File Response to Defendant Lydia Liedman's Motion to Disqualify is GRANTED and that Plaintiff Edward Sokolosky's Response to Defendant Lydia Liedman's Motion to Disqualify Plaintiff's and Defendant's Counsel is hereby FILED.

DONE at Brownsville, Texas this 28 day of NOVEMBER, 2000.

JOHN WM. BLACK
UNITED STATES MAGISTRATE JUDGE