158

United States District Court
Southern District of Texas
ENTERED

NOV 2 9 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| EDWARD SOKOLOSKY | § | |
| | § | |
| V. | § | CIVIL ACTION NO. B-98-131 |
| | § | JURY DEMANDED |
| DOW JONES & CO., INC., RICHARD KARP AND LYDIA LIEDMAN | § | |

## ORDER GRANTING LEAVE TO FILE DEFENDANT LYDIA LIEDMAN'S MOTION FOR PARTIAL SUMMARY JUDGMENT AND RESPONSE TO PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT

Came on to be considered Defendant Lydia Liedman's Motion _for Leave to File_ for Partial Summary Judgment and Response to Plaintiff's Motion for Partial Summary Judgment _(Docket No 126)_, and the Court, after considering such Motion filed, is of the opinion that Defendant Lydia Liedman should be granted leave to file her Motion for Partial Summary Judgment and Response to Plaintiff's Motion for Partial Summary Judgment and the Court considers this Motion filed.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that Defendant Lydia Liedman is granted leave to file her Motion for Partial Summary Judgment and Response to Plaintiff's Motion for Partial Summary Judgment and the Court considers this Motion filed.

SIGNED AND ENTERED, this the 28 day of November, 2000.

_____
Judge Presiding

Copies to:

Mr. E.R. Fleuriet, Fleuriet, Schell Law Firm, 621 E. Tyler, Harlingen, Texas 78550
Mr. William Gault, Brin & Brin, P.C., 1205 N. Expressway 83, Brownsville, Texas 78520
Mr. David Donaldson, George & Donaldson, 1100 Norwood Tower, 114 W. 7th St., Austin, Texas 78701
Mr. Jorge Rangel, The Law Offices of Jorge C. Rangel, 615 Upper N. Broadway, Suite 900-WF238, Corpus Christi, Texas 78403
Mr. Norton Colvin, Rodriguez, Colvin & Chaney, 1201 E. Van Buren St., Brownsville, Texas 78520