159

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED
NOV 29 2000
Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| EDWARD SOKOLOSKY | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-98-131 |
| | § | |
| DOW JONES & CO., INC. | § | |

## ORDER

Pending before the Court is Defendant Lydia Liedman's Motion for Partial Summary Judgment and Response to Plaintiff's Motion for Partial Summary Judgment (Docket No. 127). The Court having considered the Defendant's Motion is of the opinion that Defendant's Motion for Partial Summary Judgment and Response to Plaintiff's Motion for Partial Summary Judgment should be denied.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that Defendant Lydia Liedman's Motion for Partial Summary Judgment and Response to Plaintiff's Motion for Partial Summary Judgment be, and the same is hereby **DENIED**.

DONE at Brownsville, Texas, this 28th day of November, 2000.

John Wm. Black
United States Magistrate Judge