160

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

NOV 29 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| EDWARD SOKOLOSKY | § § § |
| V. | § § § CIVIL ACTION NO. B-98-131 JURY DEMANDED |
| DOW JONES & CO., INC., RICHARD KARP AND LYDIA LIEDMAN | § § § |

**ORDER <s>GRANTING LEAVE TO FILE</s> DEFENDANT LYDIA LIEDMAN'S MOTION TO DISQUALIFY PLAINTIFF'S AND DEFENDANT'S COUNSEL FILED SUBJECT TO THE COURT'S OVERRULING OF THIS DEFENDANT'S MOTION FOR SUMMARY JUDGMENT ON PLAINTIFF'S BREACH OF CONTRACT CLAIMS**

Came on to be considered *GRANTING LEAVE TO FILE* Defendant Lydia Liedman's Motion to Disqualify Plaintiff's and Defendant's Counsel Filed Subject to the Court's Overruling of this Defendant's Motion for Summary Judgment on Plaintiff's Breach of Contract Claims *(DOCKET NO 128)* and the Court, after considering such Motion filed, is of the opinion that Defendant Lydia Liedman should be granted leave to file her Motion to Disqualify Plaintiff's and Defendant's Counsel Filed Subject to the Court's Overruling of this Defendant's Motion for Summary Judgment on Plaintiff's Breach of Contract Claims and the Court considers this Motion filed.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that Defendant Lydia Liedman is granted leave to file her Motion to Disqualify Plaintiff's and Defendant's Counsel Filed Subject to the Court's Overruling of this Defendant's Motion for Summary Judgment on Plaintiff's Breach of Contract Claims and the Court considers this Motion filed.

SIGNED AND ENTERED, this the 28 day of NOVEMBER, 2000.

_____
Judge Presiding

Copies to:

Mr. E.R. Fleuriet, Fleuriet, Schell Law Firm, 621 E. Tyler, Harlingen, Texas 78550
Mr. William Gault, Brin & Brin, P.C., 1205 N. Expressway 83, Brownsville, Texas 78520
Mr. David Donaldson, George & Donaldson, 1100 Norwood Tower, 114 W. 7th St., Austin, Texas 78701
Mr. Jorge Rangel, The Law Offices of Jorge C. Rangel, 615 Upper N. Broadway, Suite 900-WF238, Corpus Christi, Texas 78403
Mr. Norton Colvin, Rodriguez, Colvin & Chaney, 1201 E. Van Buren St., Brownsville, Texas 78520