161

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

NOV 29 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| EDWARD SOKOLOSKY, § | |
| *Plaintiff* § | |
| § | |
| v. § | CIVIL ACTION NO. B-98-131 |
| § | |
| LYDIA LIEDMAN, § | |
| *Defendant* § | |

## ORDER

Upon reviewing Defendant Lydia Liedman's Motion to Disqualify Plaintiff's and Defendant's Counsel (Docket #129), and after consideration of the Motion and the Response filed by Plaintiff Sokolosky, the Court has determined that said Motion should be denied ~~in part and granted in part; it is therefore~~

ORDERED that Defendant Liedman's Motion to Disqualify Plaintiff's Counsel is DENIED; it is further ORDERED that Defendant Lydia Liedman's Motion to Disqualify Defendant's Counsel is DENIED ~~GRANTED~~.

DONE at Brownsville, Texas this 28TH day of NOVEMBER, 2000.

_____
JOHN WM. BLACK
UNITED STATES MAGISTRATE JUDGE

ORDER