*164*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

DEC 13 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| EDWARD SOKOLOSKY, *Plaintiff* | § § § § | |
| v. | § | CIVIL ACTION NO. B-98-131 |
| DOW JONES & CO., INC., *ET AL.*, *Defendants* | § § § | |

## ORDER GRANTING LEAVE TO FILE CONDITIONAL MOTION TO BIFURCATE

BE IT REMEMBERED that on this day came on to be considered Plaintiff Sokolosky's Conditional Motion to Bifurcate made pursuant to Rule 15(a) F.R.C.P. and the Court, having reviewed said motion and any response filed by Defendants is of the opinion that Plaintiff's motion should be granted; it is therefore

ORDERED that Plaintiff Sokolosky's Motion for Leave to File Conditional Motion to Bifurcate is GRANTED and Plaintiff Sokolosky's Conditional Motion to Bifurcate is hereby FILED.

DONE at Brownsville, Texas this *12* day of *DECEMBER*, 2000.

JOHN WM. BLACK
UNITED STATES MAGISTRATE JUDGE