165

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

DEC 1 3 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| EDWARD SOKOLOSKY, *Plaintiff* | § § § | |
| v. | § | CIVIL ACTION NO. B-98-131 |
| DOW JONES & CO., INC., *ET AL.*, *Defendants* | § § § § | |

## ORDER

Upon reviewing Plaintiff Sokolosky's Conditional Motion to Bifurcate (Docket #135), and after consideration the Court has determined that said motion should be GRANTED; it is therefore

ORDERED that Plaintiff Sokolosky's Conditional Motion to Bifurcate be GRANTED.

DONE at Brownsville, Texas this 12 day of DECEMBER, 2000.

_____
JOHN WM. BLACK
UNITED STATES MAGISTRATE JUDGE

ORDER