*166*

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
**ENTERED**

**DEC 1 3 2000**

Michael N. Milby, Clerk of Court
By Deputy Clerk

# ORDER

| | | |
|---|---|---|
| EDWARD SOKOLOSKY | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-98-131 |
| | § | |
| DOW JONES & CO., INC. | § | |

TYPE OF CASE:    __X__ CIVIL                    ____ CRIMINAL

**TAKE NOTICE that a proceeding in this case has been set for the place date, and time set forth below:**

TYPE OF PROCEEDING:

**SCHEDULING AND STATUS CONFERENCE**

PLACE:

**UNITED STATES FEDERAL COURTHOUSE
600 E. HARRISON STREET
BROWNSVILLE, TEXAS**

ROOM NO.:

**SECOND FLOOR COURTROOM, #2**

DATE AND TIME:

**DECEMBER 21, 2000 AT 1:30 P.M.**

JOHN WM. BLACK, U.S. MAGISTRATE JUDGE

DATE:    DECEMBER 13, 2000

TO:    MR. RANDY FLEURIET
MR. RANDY WHITTINGTON
MR. RODNEY SMOLLA
MR. WILLIAM GAULT

ClibPDF - www.fastio.com