# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

## ORDER

United States District Court
Southern District of Texas
ENTERED

DEC 1 8 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| EDWARD SOKOLOSKY § | |
| § | |
| VS. § | CIVIL ACTION NO. B-98-131 |
| § | |
| DOW JONES & CO., INC. § | |

TYPE OF CASE:        __X__ CIVIL                                         ____ CRIMINAL

**TAKE NOTICE** that the proceeding in this case has been continued as indicated below:

TYPE OF PROCEEDING:

**SCHEDULING AND STATUS CONFERENCE**

PLACE:

**UNITED STATES FEDERAL COURTHOUSE
600 E. HARRISON STREET
BROWNSVILLE, TEXAS**

ROOM NO.:

**SECOND FLOOR COURTROOM, #2**

DATE AND TIME PREVIOUSLY SCHEDULED:

**DECEMBER 21, 2000 AT 1:30 P.M.**

CONTINUED TO DATE AND TIME:

**JANUARY 10, 2001 AT 1:30 P.M.**

_____
JOHN WM. BLACK, U.S. MAGISTRATE JUDGE

DATE:    DECEMBER 15, 2000

TO:        MR. RANDY FLEURIET
             MR. RANDY WHITTINGTON
             MR. RODNEY SMOLLA
             MR. WILLIAM GAULT