16c

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JAN 0 4 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| EDWARD J. SOKOLOSKY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CIVIL ACTION NO. B-98-131 |
| ) | |
| LYDIA LIEDMAN, ) | |
| ) | JURY DEMANDED |
| Defendant. ) | |

### ORDER FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL

Came on for consideration the motion for withdrawal and substitution of counsel to represent Defendant Lydia Liedman, and the Court, being convinced that such motion should be granted, it is accordingly,

ORDERED that William Gault and the law firm of Brin & Brin, P.C. be allowed to withdraw from representation of Defendant Lydia Liedman and that David H. Donaldson, Jr. and the law firm of George & Donaldson, L.L.P. be allowed to substitute in their place and stead as lead counsel for Defendant Lydia Liedman, with Norton A. Colvin, Jr. and Lecia L. Chaney of the firm Rodriguez, Colvin & Chaney, L.L.P. as local counsel.

SIGNED this 3RD day of JANUARY, 2001.

_____
UNITED STATES DISTRICT COURT

169

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JAN 0 4 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

| | |
|---|---|
| EDWARD J. SOKOLOSKY,      ) | |
|         Plaintiff,      ) | |
| vs.      ) | CIVIL ACTION NO. B-98-131 |
| LYDIA LIEDMAN,      ) | |
|         Defendant.      ) | JURY DEMANDED |

## ORDER FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL

Came on for consideration the motion for withdrawal and substitution of counsel to represent Defendant Lydia Liedman, and the Court, being convinced that such motion should be granted, it is accordingly,

ORDERED that William Gault and the law firm of Brin & Brin, P.C. be allowed to withdraw from representation of Defendant Lydia Liedman and that David H. Donaldson, Jr. and the law firm of George & Donaldson, L.L.P. be allowed to substitute in their place and stead as lead counsel for Defendant Lydia Liedman, with Norton A. Colvin, Jr. and Lecia L. Chaney of the firm Rodriguez, Colvin & Chaney, L.L.P. as local counsel.

SIGNED this 3RD day of JANUARY, 2001.

_____
UNITED STATES DISTRICT COURT