*170*

THE HONORABLE JOHN WM. BLACK

SCHEDULING AND STATUS CONFERENCE

United States District Court
Southern District of Texas
FILED

JAN 1 0 2001

Michael N. Milby
Clerk of Court

CIVIL ACTION NO. B-98-131    DATE & TIME:  01-10-01 AT 1:30 P.M.

EDWARD SOKOLOSKY                PLAINTIFF(S)   RANDY FLEURIET
                                COUNSEL        RANDY WHITTINGTON
                                               RODNEY SMOLLA
VS.

DOW JONES & CO., INC.           DEFENDANT(S)   DAVID DONALDSON, JR.
                                COUNSEL        NORTON COLVIN, JR.
                                               LECIA CHANEY

---------------------------------------------------------------------------------

**Hearing was passed.  Attorneys will submit an agreed scheduling order.**