172

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

FEB 0 8 2001

Michael N. Milby
Clerk of Court

| | |
|---|---|
| EDWARD J. SOKOLOSKY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CIVIL ACTION NO. B-98-131 |
| ) | |
| LYDIA LIEDMAN, ) | |
| ) | JURY DEMANDED |
| Defendant. ) | |

**DEFENDANT LYDIA LIEDMAN'S UNOPPOSED MOTION FOR LEAVE TO FILE
FIRST AMENDED ORIGINAL ANSWER
TO PLAINTIFF'S SECOND AMENDED COMPLAINT**

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Defendant Lydia Liedman, and moves the Court for leave to file her First Amended Original Answer to Plaintiff's Second Amended Complaint, and in support of the motion would show to the Court as follows:

**I.**

On October 6, 2000, Plaintiff filed a motion requesting leave to file his second amended complaint. After being granted permission to file, Plaintiff filed and served his second amended complaint on Defendant. Defendant subsequently filed a first supplemental answer.

Defendant Lydia Liedman has now obtained new counsel and the Court has denied motions for summary judgment related to the new claims asserted by Plaintiff. In order to assure that Defendant's pleadings are in order and all defenses that are available pursuant to the discovery in the case are before the Court, Defendant seeks leave to amend to clarify its answer and to respond more specifically to the allegations of the second amended complaint.

Plaintiff's counsel has reviewed a copy of the pleading and has indicated he has no opposition to the Court granting leave to file it. Defendant's motion for leave to amend should be granted.

WHEREFORE, PREMISES CONSIDERED, Defendant prays that the Court grant its motion for leave to amend and grant such other relief to which Defendant Lydia Liedman may show herself justly entitled.

Respectfully submitted,

_____
David H. Donaldson, Jr.
State Bar No. 05969700
Southern District No. 4891
Attorney-in-Charge
James A. Hemphill
State Bar No. 00787674
1100 Norwood Tower
114 W. 7th Street
Austin, Texas 78701
(512) 495-1400; (512) 499-0094 (Fax)

ATTORNEYS FOR DEFENDANT
LYDIA LIEDMAN

PLAINTIFF'S SECOND AMENDED COMPLAINT    2

OF COUNSEL:

GEORGE & DONALDSON, L.L.P.
1100 Norwood Tower
114 W. 7th Street
Austin, Texas 78701
(512) 495-1400
(512) 499-0094 (Fax)

Norton A. Colvin, Jr.
Lecia L. Chaney
RODRIGUEZ, COLVIN & CHANEY, L.L.P.
1201 East Van Buren
P.O. Box 2155
Brownsville, Texas 78522
(956) 548-7441
(956) 541-2170 (Fax)

## CERTIFICATE OF SERVICE

This hereby certifies that a true and correct copy of the foregoing instrument has been sent *via* telecopy to counsel of record:

> E. R. "Randy" Fleuriet
> The Fleuriet Schell Law Firm L.L.P.
> 621 E. Tyler
> Harlingen, Texas 78550
> (956) 428-3030; FAX: (956) 421-4339

on the 7th day of February, 2001.

David H. Donaldson, Jr.
James A. Hemphill