174

United States District Court
Southern District of Texas
FILED

THE HONORABLE JOHN WM. BLACK                FEB 0 9 2001

SCHEDULING AND STATUS CONFERENCE             Michael N. Milby
                                              Clerk of Court

| | |
|---|---|
| CIVIL ACTION NO. B-98-131 | DATE & TIME: 02-09-01 AT 2:00 P.M. |
| EDWARD SOKOLOSKY | PLAINTIFF(S) RANDY FLEURIET |
| | COUNSEL RANDY WHITTINGTON |
| | RODNEY SMOLLA |
| VS. | |
| DOW JONES & CO., INC. | DEFENDANT(S) DAVID DONALDSON, JR. |
| | COUNSEL NORTON COLVIN, JR. |
| | LECIA CHANEY |

---

Attorneys Randy Fleuriet, David Donaldson and Norton Colvin appeared in chambers.

Non-jury trial on settlement issues will be set.

ClibPDF - www.fastio.com