125

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

### ORDER

United States District Court
Southern District of Texas
ENTERED

FEB 1 3 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| EDWARD SOKOLOSKY | § § | |
| VS. | § | CIVIL ACTION NO. B-98-131 |
| DOW JONES & CO., INC. | § § | |

TYPE OF CASE:    __X__ CIVIL        ____ CRIMINAL

**TAKE NOTICE that a proceeding in this case has been set for the place date, and time set forth below:**

TYPE OF PROCEEDING:

**NON-JURY TRIAL ON SETTLEMENT ISSUES**

PLACE:

**UNITED STATES FEDERAL COURTHOUSE
600 E. HARRISON STREET
BROWNSVILLE, TEXAS**

ROOM NO.:

**SECOND FLOOR COURTROOM, #2**

DATE AND TIME:

**MARCH 8, 2001 AT 1:30 P.M.**

JOHN WM. BLACK, U.S. MAGISTRATE JUDGE

DATE:    FEBRUARY 12, 2001

TO:    MR. RANDY FLEURIET
       MR. NORTON COLVIN
       MS. LECIA CHANEY
       MR. DAVID DONALDSON