174

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

FEB 1 3 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

EDWARD J. SOKOLOSKY, )
)
      Plaintiff, )
)
vs. )    CIVIL ACTION NO. B-98-131
)
LYDIA LIEDMAN, )
)    JURY DEMANDED
      Defendant. )
)

## ORDER GRANTING LEAVE TO FILE
## FIRST AMENDED ORIGINAL ANSWER
## TO PLAINTIFF'S SECOND AMENDED COMPLAINT

Before the Court for consideration is the unopposed motion of Defendant Lydia Liedman, to file a First Amended Original Answer to Plaintiff's Second Amended Complaint, and the Court, having reviewed the motion and papers on file herein, being of the opinion that the motion has merit and should be granted, it is accordingly,

ORDERED that Defendant Lydia Liedman's Unopposed Motion for Leave to File First Amended Original Answer to Plaintiff's Second Amended Complaint be and hereby is GRANTED in all respects.

DONE at Brownsville, Texas 9TH day of FEBRUARY, 2001.

JOHN WM. BLACK
UNITED STATES MAGISTRATE JUDGE