/7-1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

MAR 0 5 2001

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| EDWARD J. SOKOLOSKY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CIVIL ACTION NO. B-98-131 |
| | ) | |
| LYDIA LIEDMAN, | ) | |
| | ) | JURY DEMANDED |
| Defendant. | ) | |

**DEFENDANT LYDIA LIEDMAN'S MOTION FOR
JUDICIAL NOTICE OF THE PLEADINGS AND PROCEEDINGS**

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Defendant Lydia Liedman, and moves the Court pursuant to Federal Rule of Evidence 201 to take judicial notice of the pleadings and proceedings in this lawsuit, and would show the Court as follows:

On March 8, 2001, this Court will hold a bench trial to determine whether the parties to this lawsuit entered into a binding settlement agreement. One issue that may be determined at the hearing is if a settlement offer was accepted within a "reasonable" time under Texas law. Whether an amount of time is "reasonable" depends on circumstances existing when the offer and attempted acceptance are made. *Valencia v. Garza,* 765 S.W.2d 893 (Tex.App.—San Antonio 1989, no writ)(citing RESTATEMENT (SECOND) OF CONTRACTS § 41(1981)). The circumstances of the underlying litigation are relevant to the reasonableness of the time of acceptance of a settlement offer.

A district court may take judicial notice of related proceedings and records in the case before the same court. *MacMillan Bloedel Ltd. v. Flintkote Co.*, 760 F.2d 580, 587 (5th Cir. 1985)("notice of pleadings, files and proceedings"); *see generally* Fed. R. Evid. 201. Defendant Lydia Liedman requests that the Court take judicial notice of its file in this lawsuit: namely, the pleadings, proceedings, and events that occurred in this lawsuit from January 27, 2000 (the date the offer was made) to the present. Judicial notice of these undisputed facts will dispense with the time-consuming introduction of each of the documents at trial. With such evidence, the Court can more accurately determine the issues at the bench trial, including evaluating the reasonableness of time between offer and acceptance.

WHEREFORE, PREMISES CONSIDERED, Defendant prays that the Court judicially notice the Court's file in the matter *Sokolowsky v. Dow Jones & Company, Inc.*, cause number B-98-101.

Respectfully submitted,

David H. Donaldson, Jr.
State Bar No. 05969700
Southern District No. 4891
Attorney-in-Charge
James A. Hemphill
State Bar No. 00787674
1100 Norwood Tower
114 W. 7th Street
Austin, Texas 78701
(512) 495-1400; (512) 499-0094 (Fax)

ATTORNEYS FOR DEFENDANT
LYDIA LIEDMAN

OF COUNSEL:

GEORGE & DONALDSON, L.L.P.
1100 Norwood Tower
114 W. 7th Street
Austin, Texas 78701
(512) 495-1400
(512) 499-0094 (Fax)

Norton A. Colvin, Jr.
Lecia L. Chaney
RODRIGUEZ, COLVIN & CHANEY, L.L.P.
1201 East Van Buren
P.O. Box 2155
Brownsville, Texas 78522
(956) 548-7441
(956) 541-2170 (Fax)

## CERTIFICATE OF CONFERENCE

The undersigned counsel conferred with Counsel for Plaintiff, who advised me that he does not agree with the motion.

_/s/ David H. Donaldson_
David H. Donaldson, Jr.

## CERTIFICATE OF SERVICE

This hereby certifies that a true and correct copy of the foregoing instrument has been sent *via* telecopy to counsel of record:

E. R. "Randy" Fleuriet
The Fleuriet Schell Law Firm L.L.P.
621 E. Tyler
Harlingen, Texas 78550
(956) 428-3030; FAX: (956) 421-4339

on the 1st day of March, 2001.

_/s/ David H. Donaldson_
David H. Donaldson, Jr.
James A. Hemphill

---