*180*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

MAR 0 8 2001

Michael N. Milby
Clerk of Court

| | |
|---|---|
| EDWARD J. SOKOLOSKY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CIVIL ACTION NO. B-98-131 |
| ) | |
| LYDIA LIEDMAN, ) | |
| ) | JURY DEMANDED |
| Defendant. ) | |

## STIPULATION REGARDING AUTHENTICITY

The following matters are stipulated between the parties:

The attached documents are true and correct copies of the following listed documents, and the parties stipulate to the authenticity of such documents, and that each such document was transmitted by the listed sender and received by the listed recipient. The parties stipulate to their admissibility for the limited purpose of showing their existence, their content and the fact that they were exchanged.

| Date | Document | From | To |
|---|---|---|---|
| 5/27/99 | Letter | E. R. Fleuriet | William Gault |
| 6/30/99 | Letter | William Gault | E. R. Fleuriet |
| 7/02/99 | Letter | E. R. Fleuriet | William Gault |
| 12/13/99 | Letter | E. R. Fleuriet | William Gault |
| 1/27/00 | Letter | William Gault | E. R. Fleuriet |
| 9/22/00 | Letter | E. R. Fleuriet | William Gault |
| 9/28/00 | Letter | William Gault | E. R. Fleuriet |

| | | | |
|---|---|---|---|
| 10/02/00 | Letter | E. R. Fleuriet | William Gault |
| 10/02/00 | Letter | E. R. Fleuriet | William Gault |
| 10/03/00 | Letter | William Gault | E. R. Fleuriet |
| 10/05/00 | Letter | E. R. Fleuriet | William Gault |
| 10/10//00 | Letter | William Gault | E. R. Fleuriet |
| 2/09/01 | Letter | E. R. Fleuriet | D. H. Donaldson |
| 10/20/00 → 2/20/01 | The Fleuriet Schell Law Firm LLP billing records | E. R. Fleuriet | Edward Sokolosky |

IT IS SO STIPULATED on this  8th  day of  March , 2001.

_____
David H. Donaldson, Jr.
State Bar No. 05969700
Southern District No. 4891
Attorney-in-Charge
James A. Hemphill
State Bar No. 00787674
1100 Norwood Tower
114 W. 7th Street
Austin, Texas  78701
(512) 495-1400; Fax: (512) 499-0094

ATTORNEYS FOR DEFENDANT
LYDIA LIEDMAN

_____
E. R. Fleuriet
State Bar No. 07145500
Southern District No. 1327
Attorney-in-Charge
621 E. Tyler
Harlingen, Texas  78550
(956) 428-3030; Fax: (956) 421-4339

ATTORNEY FOR PLAINTIFF
EDWARD SOKOLOSKY

2

OF COUNSEL:

THE FLEURIET SCHELL LAW FIRM LLP
621 E. Tyler
Harlingen, Texas 78550
(956) 428-3030
(955) 421-4339 (Fax)

GEORGE & DONALDSON, L.L.P.
1100 Norwood Tower
114 W. 7th Street
Austin, Texas 78701
(512) 495-1400
(512) 499-0094 (Fax)

Norton A. Colvin, Jr.
Lecia L. Chaney
RODRIGUEZ, COLVIN & CHANEY, L.L.P.
1201 East Van Buren
P.O. Box 2155
Brownsville, Texas 78522
(956) 548-7441
(956) 541-2170 (Fax)

3