/81

United States District Court
Southern District of Texas
FILED

MAR 0 8 2001

Michael N. Milby
Clerk of Court

THE HONORABLE JOHN WM. BLACK

NON-JURY TRIAL ON SETTLEMENT ISSUES

CIVIL ACTION NO. B-98-131          DATE & TIME: 03-08-01 AT 1:30 P.M.

EDWARD SOKOLOSKY                   PLAINTIFF(S)   RANDY FLEURIET
                                   COUNSEL        RANDY WHITTINGTON
                                                  RODNEY SMOLLA
VS.

DOW JONES & CO., INC.              DEFENDANT(S)   DAVID DONALDSON, JR.
                                   COUNSEL        NORTON COLVIN, JR.
                                                  LECIA CHANEY

---

CSO: Dan Figueroa
ERO: Gabriel Mendieta

    Attorneys Randy Fleuriet, David Donaldson and Norton Colvin appeared.

    Trial on settlement issues and attorneys fees was held.

    First witness Randy Fleuriet testified that William Gault's letter of January 27, 2001 did indicate that offer expired after ten days. His attorney fees for this portion of case is $9,000.00. The appellant phase should be another $9,000.00.

    Second witness William Gault testified that the ten day rule for the settlement offer under Rule 68 should be upheld.