183

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

MAY 0 1 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| EDWARD SOKOLOSKY | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-98-131 |
| | § | |
| DOW JONES & CO., INC., RICHARD | § | |
| KARP AND LYDIA LIEDMAN | § | |

## FINAL JUDGMENT

Having considered the evidence and arguments of counsel with respect to the claim that Defendant Lydia Liedman offered to settle Plaintiff Edward Sokolosky's claims against her for the sum of $100,000.00. The court finds that such an offer was in fact made, never withdrawn and finally accepted by Plaintiff. The court further finds that Plaintiff is entitled to recover the amount of $9,000.00 for attorneys fees expended to enforce the settlement agreement.

IT IS THEREFORE **ORDERED** that Plaintiff have judgment for $109,000.00 from Defendant Lydia Liedman together with costs.

SIGNED at Brownsville, Texas, this 1st day of May, 2001.

_____
John Wm. Black
United States Magistrate Judge